# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 AUG -8 P 2: 55

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

Delvaris Booker

1012 falls parc drive #10

Sheboygan falls, WI 53085

v.

(Full name of defendant(s))

Johnsonville Sausage LLC

W4202 county rd J     also N6928 Johnsonville Way

Sheboygan falls, WI 53085

Case Number:

**16-C-1047**

(to be supplied by Clerk of Court)

---

A.   **PARTIES**

1.   Plaintiff is a citizen of Wisconsin and resides at
          (State)

1012 falls parc drive apt 10 Sheboygan falls, WI 53085
          (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant Johnsonville Sausage LLC
          (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____ WI _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

W4202 county rd J

worked for _Johnsonville Sausage LLC_  Sheboygan falls, WI 53085

(Employer's name and address, if known)

also

(If you need to list more defendants, use another piece of paper.)  N6928 Johnsonville way

## B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The plaintiff Delvaris Booker worked for Johnsonville Sausage LLC from January 2015 untill February 2016 where I was refused employment and training because I am African American. I was discriminated, segregated, stigmatized, and penalized for being African American this happened between January 2015, and February 2016. Between January 2015, and August 2015 I was called the emasculating term "boy" by a Johnsonville leader. I was refused training in my position

because I am African American. I was given points for attendance that I was unaware of that disqualified me for advancement because I am African American. On September 8th 2015 I addressed these complaints after numerous failed attempts.

On August 2015 I was denied a position that Johnsonville leader said "involved to much math" they recommeded a more "mindless job" because I am African American. In February 2016 I was stereotyped as what Johnsonville leaders referred to as a "lion" stigmatizing me as an agressive black. They then suspended me without pay or a reason why all because I am an African American.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be awarded $330,000 because Johnsonville is such a large Company in a small community most people are aware of the incidents that occured involving me at Johnsonville I am segregated, and stigmatized for it. I have been denied by most jobs in my Community when they ask me why I left Johnsonville. I am Currently without a permanent position.

E.   JURY DEMAND

I want a jury to hear my case.

☑ - YES          ☐ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___4___ day of ___August___ 20_16_.

Respectfully Submitted,

_Delvaris Booker_
Signature of Plaintiff

_(920) 918 - 8195_
Plaintiff's Telephone Number

_bookerdelvaris@gmail.com_
Plaintiff's Email Address

_1012 Falls parc drive apt #10_

_Sheboygan Falls, WI 53085_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:16-cv-01047-JPS   Filed 08/08/16   Page 5 of 5   Document 1