# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DELVARIS BOOKER,

                Plaintiff,

v.

JOHNSONVILLE SAUSAGE LLC,

                Defendant.

Case No. 16-CV-1047-JPS

**ORDER**

On May 30, 2017, Plaintiff, who is proceeding in this action *pro se*, filed a motion to amend his complaint. (Docket #27). He requests leave to add allegations of workplace discrimination arising during the period of February–April 2016. *Id.* at 1. (His original complaint's time period ends in February 2016. *See* (Docket #1 at 2).) Plaintiff also seeks permission to join his wife as a plaintiff, alleging that she also worked for Defendant during the same period and suffered nearly all the same instances of discrimination as he did. *Id.* at 2.

The dispositive motion deadline in this case is June 30, 2017. (Docket #23 at 2). Under the Local Rules of this Court, Plaintiff's motion to amend his complaint will not be fully briefed after that deadline passes. *See* Civ. L. R. 7(b), (c). Because the motion needs to be resolved before dispositive motions may be considered, the Court finds it necessary to shorten the time provided for the parties to file their response and reply briefs as to this motion. Defendant shall file a response no later than June 14, 2017, and Plaintiff may file a reply, if at all, no later than seven days from the date he is served with Defendant's response.

Accordingly,

**IT IS ORDERED** that Defendant shall file a response to Plaintiff's motion for leave to amend his complaint (Docket #27) no later than **June 14, 2017**. Plaintiff may file a reply in support of his motion, if at all, no later than **seven (7) days** from the date he is served with Defendant's response.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge